# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Margaret Mazur,                                 :
                    Petitioner        :
                                :

          v.                                  :          No. 291 C.D. 2018
                                :

Unemployment Compensation           :
Board of Review,                                :
                    Respondent     :

## **O R D E R**

NOW, October 15, 2018, upon consideration of petitioner's application for reargument, the application is denied.

MARY HANNAH LEAVITT,
President Judge
